UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Linda Gail Rogers**
S.S. No.: xxx-xx-4034
Mailing Address: 1112 Chalmers Street, Durham, NC 27707-0000

Case No. 07-81358

Debtor.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on September 19, 2007.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: October 17, 2007

LAW OFFICES OF JOHN T. ORCUTT, P.C.

/s John T. Orcutt

John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 4/16/06)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| | Date: | 9/14/07 |
|---|---|---|
| | Lastname-SS#: | Rogers-4034 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See**) |
|---|---|---|---|---|
| Retain | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | T'ee | n/a | | |
| | | | | T'ee | n/a | | |
| | | | | T'ee | n/a | | |
| | | | | T'ee | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Chrysler | 1 | $2,832 | T'ee | $28 | $63.71 | 2001 Jeep Cherokee |
| | | | | T'ee | | | |
| | | | | T'ee | | | |
| | | | | T'ee | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | T'ee | | | |
| | | | | T'ee | | | |
| | | | | T'ee | | | |
| | | | | T'ee | | | |
| | | | | T'ee | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,300 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | $190 |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See♣) | | |

| GENERAL NON-PRIORITY UNSECURED | | Amount* |
|---|---|---|
| DMI= | None($0) | |

**Other Miscellaneous Provisions**

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **237** per month for **55** months, then

$ **N/A** per month for **N/A** months.

Adequate Protection Payment Period: **12** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
♣ = Co-sign protect on all debts so designated on the filed schedules.
* = DMI x ACP
** = Pre-petition arrearage includes 1 post-petition mortgage payment.

Ch13Plan_MD_(DeSardi) (4/12/07) © John T. Orcutt (Page 4 of 4)

## CERTIFICATE OF SERVICE

Gabrielle Morrison, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Gabrielle Morrison
Gabrielle Morrison

| | | |
|---|---|---|
| North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | Allied Interstate (Best Buy)<br>3000 Corporate Exchange Drive<br>5th Floor<br>Columbus, OH 43231 | Coll Co<br>700 Lonwater Drive<br>Norwell, MA 02061 |
| Employment Security Commission<br>Attn: Benefit Payment Control<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | Amdebtsvc<br>918 Jericho Turnpike<br>Huntington Station, NY 11746 | CPS Security<br>P.O. Box 782408<br>San Antonio, TX 78278 |
| Internal Revenue Service<br>Post Office Box 21126<br>Philadelphia, PA 19114-1126 | American Express<br>Post Office Box 740640<br>Atlanta, GA 30374-0640 | Credit Bureau of Greensboro**<br>Post Office Box 26140<br>Greensboro, NC 27402-0040 |
| Credit Bureau<br>Post Office Box 26140<br>Greensboro, NC 27402 | American Express<br>Post Office Box 360001<br>Ft. Lauderdale, FL 33336-0001 | Credit First National Association<br>P.O. Box 81344<br>Cleveland, OH 44188-1344 |
| NC Child Support<br>Centralized Collections<br>Post Office Box 900006<br>Raleigh, NC 27675-9006 | Arrow Financial Services<br>5996 West Touhy Avenue<br>Niles, IL 60714-4610 | Credit One Bank<br>Post Office Box 98873<br>Las Vegas, NV 89193 |
| AAC<br>Post Office Box 2036<br>Warren, MI 48093-2036 | Bronson & Migliaccio, LLP<br>Attorneys At Law<br>2361 Wehrle Drive<br>Williamsville, NY 14221 | CSDDUR<br>Post Office Box 530<br>Durham, NC 27702-0530 |
| Academy Collection Service Inc<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | Capital Management Services Inc.<br>726 Exchange Street, Ste 700<br>Buffalo, NY 14210 | Dillard's<br>P.O. Box 52079<br>Phoenix, AZ 85072-2079 |
| Accounts Receivable Management, Inc<br>Post Office Box 129<br>Thorofare, NJ 08086-0129 | Capital Recovery Service (The Pantry)<br>4505 North Front Street<br>Harrisburg, PA 17110 | Dr. John Berry Jr., DDS<br>632 Gary Street<br>Durham, NC 27703 |
| AFNI-Bloom (Alltel)<br>404 Brock Drive<br>Post Office Box 3427<br>Bloomington, IL 61702-3427 | Chrysler Financial<br>Post Office Box 9223<br>Farmington Hills, MI 48334-9223 | Durham County Library<br>300 North Roxboro Street<br>P.O. Box 3809<br>Durham, NC 27702 |

| | | |
|---|---|---|
| Durham County Tax Collector<br>Post Office Box 3397<br>Durham, NC 27701 | John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 | North Carolina Dept of Revenue*<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 |
| Encore Receivable Management<br>Post Office Box 3330<br>Olathe, KS 66063-3330 | Law Offices of Bradley J. Rephen, P.C.<br>C/O Citibank<br>17 Squadron Blvd.<br>Suite #320<br>New City, NY 10956 | Northland Group, Inc.<br>Post Office Box 390846<br>Edina,, MN 55439 |
| Excell Acq. (First Card)<br>P.O. Box 1965<br>North Falmouth, MA 02556 | Law Offices of Mitchell N. Kay<br>Post Office Box 9006<br>Smithtown, NY 11787-9006 | Orchard Bank<br>c/o HSBC Card Services<br>Post Office Box 80084<br>Salinas, CA 93912-0084 |
| Firestone<br>c/o Credit First<br>Post Office Box 81315<br>Cleveland, OH 44181-0315 | LTD Financial Services<br>7322 Southwest Freeway<br>Suite 1600<br>Houston, TX 77074 | OSI Collection Services, Inc.<br>P.O. Box 43050<br>Phoenix, AZ 85080-3050 |
| First National Collection Bureau<br>c/o Circuit City<br>610 Waltham Way<br>Sparks, NV 89434 | Lvnvfundg<br>Post Office Box 10584<br>Greenville, SC 29603-0584 | Penn Credit Corporation<br>Post Office Box 988<br>Harrisburg, PA 17108-0988 |
| GE Card Services<br>P.O. Box 520310<br>Salt Lake City, UT 84152-0310 | Midland<br>8875 Aero Drive, Ste 200<br>San Diego, CA 92123 | Penncro Associates Inc<br>95 James Way<br>Suite 113<br>Southampton, PA 18966-3847 |
| Goodyear Credit Card Plan<br>Post Office Box 8181<br>Gray, TN 37615-8181 | Midland Credit Management<br>Post Office Box 939019<br>San Diego, CA 92193-9019 | Risk Management Alternatives, In<br>P.O. Box 105827<br>Atlanta, GA 30348-5827 |
| Home Shopping Network<br>Attn: Flexpay Department<br>P.O. Box 9090<br>Clearwater, FL 33758-9090 | NCO Financial Systems Inc<br>507 Prudential Road<br>Horsham, PA 19044 | Sam's Club<br>P.O. Box 103036<br>Roswell, GA 30076-3036 |
| Internal Revenue Service (MD)<br>Post Office Box 21126<br>Philadelphia, PA 19114-1126 | North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | Shop At Home<br>Attn: Collections Department<br>P.O. Box 305249<br>Nashville, TN 37230-5249 |

Sprint PCS Customer Solutions
Post Office Box 8077
London, KY 40742-8077

Tate & Kirlin Associates
2810 Southhampton Road
Philadelphia, PA 19154

Triangle Communities
Collections Department
P.O. Box 8984
Richmond, VA 23225

Unique National Collections
119 East Maple Street
Jeffersonville, IN 47130

United Abstract Group, Inc.
c/o Maryland National Bank
2387 New York Avenue
Suite 7
Huntington Station, NY 11746

United States Attorney
Middle District
Post Office Box 1858
Greensboro, NC 27402

Verizon
P.O. Box 1850
National Recovery Dept. M.S. 400
Folsom, CA 95630

Verizon NC
236 East Town Street
#170
Columbus, OH 43215

Wachovia Bank N.A.
Post Office Box 3117
Winston Salem, NC 27102

West Asset Management
P.O. Box 2348
Sherman, TX 75091-2348

Wolpoff & Abramson, L.L.P.
702 King Farm Boulevard
Two Irvington Centre
Rockville, MD 20850-5775

World Com Wireless
P.O. 9369
Garden City, NY 11530-9369